AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| SABBY VOLATILITY WARRANT MASTER FUND LTD., EMPERY ASSET MASTER, LTD, EMPERY TAX EFFICIENT, LP, EMPERY TAX EFFICIENT III, LP | ) |
| *Plaintiff* | ) |
| KIROMIC BIOPHARMA, INC., MAURIZIO CHIRIVA-INTERNATI, TONY TONTAT, GIANLUCA ROTINO, PIETRO BERSANI, AMERICO CICCHETTI MICHAEL NAGEL, and JERRY SCHNEIDER | ) ) ) |
| *Defendant* | ) |

Case No.

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFFS  SABBY VOLATILITY WARRANT MASTER FUND LTD., EMPERY ASSET MASTER, LTD, EMPERY TAX EFFICIENT, LP, EMPERY TAX EFFICIENT III, LP                                         .

Date:   3/7/2022

/s/ Thomas J. Fleming

*Attorney's signature*

Thomas J. Fleming, Tf4423

*Printed name and bar number*

Olshan Frome Wolosky
1325 Avenue of the Americas
New York, New York 10019

*Address*

TFleming@olshanlaw.com

*E-mail address*

(212) 451-2213

*Telephone number*

(212) 451-2222

*FAX number*