AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| SABBY VOLATILITY WARRANT MASTER FUND LTD., EMPERY ASSET MASTER, LTD, EMPERY TAX EFFICIENT, LP, EMPERY TAX EFFICIENT III, LP <br> *Plaintiff* <br> KIROMIC BIOPHARMA, INC., MAURIZIO CHIRIVA-INTERNATI, TONY TONTAT, GIANLUCA ROTINO, PIETRO BERSANI, AMERICO CICCHETTI MICHAEL NAGEL, and JERRY SCHNEIDER <br> *Defendant* | ) ) ) ) ) ) )   Case No. |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFFS  SABBY VOLATILITY WARRANT MASTER FUND LTD., EMPERY ASSET MASTER, LTD, EMPERY TAX EFFICIENT, LP, EMPERY TAX EFFICIENT III, LP              .

Date: 3/9/2022

/s/ Sahand Farahati
*Attorney's signature*

Sahand Farahati, 5722517
*Printed name and bar number*

Olshan Frome Wolosky
1325 Avenue of the Americas
New York, New York 10019
*Address*

SFarahati@olshanlaw.com
*E-mail address*

(212) 451-2378
*Telephone number*

(212) 451-2222
*FAX number*