**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
(212) 918-3000 (p)
(212) 918-3100 (f)

*Attorneys for Kiromic Biopharma, Inc.,*
*Pietro Bersani, and Gianluca Rotino*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SABBY VOLATILITY WARRANT MASTER FUND LTD., EMPERY ASSET MASTER, LTD, EMPERY TAX EFFICIENT, LP, EMPERY TAX EFFICIENT III, LP,<br><br>    Plaintiffs,<br><br>  v.<br><br>KIROMIC BIOPHARMA, INC., MAURIZIO CHIRIVA-INTERNATI, TONY TONTAT, GIANLUCA ROTINO, PIETRO BERSANI, AMERICO CICCHETTI, MICHAEL NAGEL, AND JERRY SCHNEIDER,<br><br>    Defendants. | No. 1:22-cv-01927-JMF |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William M. Regan of Hogan Lovells US LLP, with offices located at 390 Madison Avenue, New York, NY 10017, hereby appears on behalf of defendants Kiromic Biopharma, Inc., Pietro Bersani, and Gianluca Rotino in the above-captioned action.

I hereby certify that I am admitted to practice before this Court.

Dated:   New York, New York
         April 13, 2022

                                        **HOGAN LOVELLS US LLP**

                                        By:     /s/ William M. Regan

William M. Regan
william.regan@hoganlovells.com

390 Madison Avenue
New York, NY 10017
(212) 918-3000 (p)
(212) 918-3100 (f)

*Attorneys for Kiromic Biopharma, Inc., Pietro Bersani, and Gianluca Rotino*