UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SABBY VOLATILITY WARRANT MASTER
FUND LTD, et al.,

            Plaintiffs,

     -v-

KIROMIC BIOPHARMA, INC. et al.,

            Defendants.
----------------------------------------------------------------X

22-CV-1927 (JMF)

**STIPULATION AND ORDER**
**SUBSTITUTING ATTORNEYS**

     The undersigned hereby stipulate and consent to the substitution of the law firm of Hogan Lovells LLP, by and through its attorney, William M. Regan, as attorneys of record for Defendants Kiromic Biopharma, Inc. in the above-captioned action in place and instead of the law firm of Loeb & Loeb LLP and its attorney Jay K. Musoff.

Dated:  New York, New York
        April 13, 2022


HOGAN LOVELLS LLP

By: _____
    William M. Regan
    390 Madison Avenue
    New York, New York 10017
    Tel: 212- 918-3060

LOEB & LOEB LLP

By: _____
    Jay Musoff
    345 Park Avenue
    New York, New York 10154
    Tel: (212) 407-4000


**SO ORDERED:**

_____
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SABBY VOLATILITY WARRANT MASTER  :
FUND LTD, et al.,
                                                                            :
             Plaintiffs,                          22-CV-1927 (JMF)
                                                                            :
         -v-                                       **DECLARATION**
                                                                            :
KIROMIC BIOPHARMA, INC. et al.,
                                                                            :
             Defendants.
-----------------------------------------------------------------X

I, Jay K. Musoff, declare under penalty of perjury, that the following is true and correct:

1. I am a member in good standing of the Bar of the State of New York and am a member of the law firm of Loeb & Loeb LLP, which is currently counsel of record for Defendant Kiromic Biopharma, Inc., in the above-captioned action.

2. I submit this declaration in support of the Stipulation and Order Substituting Attorneys to substitute the law firm of Hogan Lovells LLP, by and through its attorney William M. Regan, as the attorneys of record for Defendant Kiromic Biopharma, Inc. in this action in place and instead of its current counsel.

3. This substitution should cause no delay in the proceedings of this case.

4. Defendant Kiromic Biopharma, Inc. has consented to the substitution of attorneys, as evidenced in the Consent to Change Attorney form accompanying this Declaration.

5. Plaintiffs Sabby Volatility Warrant Master Fund Ltd., Empery Asset Master, Ltd., Empery Tax Efficient, LP, and Empery Tax Efficient III, LP (collectively "Plaintiffs"), by and

through their counsel, have informed me that they consent to the substitution of attorneys.

6. Loeb & Loeb LLP is not asserting any lien on the files of Kiromic Biopharma, Inc.

7. Hogan Lovells LLP and Loeb & Loeb LLP have both executed the Stipulation and Order Substituting Attorney accompanying this Declaration.

WHEREFORE, it is respectfully requested that the Stipulation and Order Substituting Attorneys be granted.

Dated: April 13, 2022

_____
Jay K. Musoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SABBY VOLATILITY WARRANT MASTER
FUND LTD, et al.,

                Plaintiffs,           22-CV-1927 (JMF)

          -v-                         **CONSENT TO CHANGE ATTORNEYS**

KIROMIC BIOPHARMA, INC. et al.,

                Defendants.
------------------------------------------------------------X

        It is hereby consented that the law firm of Hogan Lovells LLP, by and through its attorney, William M. Regan, be substituted as attorneys of record for Defendant Kiromic Biopharma, Inc. in the above-captioned action in place and instead of the law firm of Loeb & Loeb LLP and its attorney, Jay K. Musoff.

Dated:  New York, New York
          April __13__, 2022

                                              KIROMIC BIOPHARMA, INC.

                                              By:_____
                                              Pietro Bersani
                                              Interim Chief Executive Officer

Sworn to before me this
_13_ day of April, 2022

_____
Notary Public



PATRICIA FAULKNER
Notary ID #130116809
My Commission Expires
February 13, 2023