April 27, 2022

**VIA ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Sabby Volatility Warrant Master Fund Ltd. et al v. Kiromic Biopharma, Inc. et al*
               (SDNY Case No. 1:22-cv-01927 (JGK))

Dear Judge Furman:

We write on behalf of Sabby Volatility Warrant Master Fund Ltd., Empery Asset Master, Ltd., Empery Tax Efficient, LP, and Empery Tax Efficient III, LP ("Plaintiffs") and Defendant Maruzio Chiriva-Internati to request an extension in the deadline for Defendant Maruzio Chiriva-Internati to respond to the Complaint.

The complaint in this action was filed on March 7, 2022. There has been one extension in the date for Defendants to respond to the Complaint. On April 1, 2022, this Court extended the deadline for all Defendants to respond to the Complaint to April 29, 2022. The parties next scheduled appearance before the Court is the July 14, 2022 Initial Pretrial Conference.

Maruzio Chiriva-Internati accepts and will not contest service of the summons and complaint. In exchange, we respectfully request that the Court grant an extension to June 30, 2022 in the deadline to respond to the complaint for Defendant Maruzio Chiriva-Internati. The agreement and proposed extension helps avoid motion practice relating to service of process issues.

Counsel for Maruzio Chiriva-Internati acknowledges receipt of the Notice of Pretrial Conference and the Court's Individual Rules and Practices, pursuant to the Court's April 1, 2022 Order (Dkt. No. 35).

6264172-2

April 27, 2022
Page 2

Respectfully Submitted,

/s/ *Thomas J. Fleming*
Thomas J. Fleming
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019
212-451-2300
Email: tfleming@olshanlaw.com

**Attorneys for Plaintiffs**

/s/ *George S. Wang*
George S. Wang
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
212-455-2228
gwang@stblaw.com

**Attorneys for Defendant Maruzio Chiriva-Internati**

cc: all counsel of record (via ECF)

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 41.  SO ORDERED.

April 27, 2022

6264172-2