UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____               │
│ DATE FILED: 10/13/2022 __        │
└─────────────────────────────────┘
```

SABBY VOLATILITY WARRANT MASTER FUND
LTD., EMPERY ASSET MASTER, LTD, EMPERY
TAX EFFICIENT, LP, EMPERY TAX EFFICIENT III,
L.P.,

                Plaintiffs,

       -against-

KIROMIC BIOPHARMA, INC., MAURIZIO CHIRIVA-
INTERNATI, TONY TONTAT, GIANLUCA ROTINO,
PIETRO BERSANI, AMERICO CICCHETTI,
MICHAEL NAGEL, JERRY SCHNEIDER and
THINKEQUITY LLC,

                Defendants.

22 Civ. 1927 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On September 17, 2022, Defendant ThinkEquity LLC filed crossclaims against each of its co-defendants. *See* Crossclaim at 16–19, ECF No. 98. On October 12, 2022, ThinkEquity LLC filed a notice of voluntary dismissal of all its crossclaims. ECF No. 112. Accordingly, all of ThinkEquity LLC's crossclaims against Co-Defendants Kiromic Biopharma, Inc., Maurizio Chiriva-Internati, Tony Tontat, Gianluca Rotino, Pietro Bersani, Americo Cicchetti, Michael Nagel, and Jerry Schneider are DISMISSED without prejudice.

      SO ORDERED.

Dated:  October 13, 2022
      New York, New York

                        ANALISA TORRES
                  United States District Judge