USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABBY VOLATILITY WARRANT MASTER FUND LTD., EMPERY ASSET MASTER, LTD, EMPERY TAX EFFICIENT, LP, EMPERY TAX EFFICIENT III, L.P.,

Plaintiffs,

-against-

KIROMIC BIOPHARMA, INC., MAURIZIO CHIRIVA-INTERNATI, TONY TONTAT, GIANLUCA ROTINO, PIETRO BERSANI, AMERICO CICCHETTI, MICHAEL NAGEL, JERRY SCHNEIDER and THINKEQUITY LLC,

Defendants.

22 Civ. 1927 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 13, 2022, all parties to this action filed a notice of voluntary dismissal of Defendant ThinkEquity LLC from the action. ECF No. 113. Accordingly, ThinkEquity LLC is DISMISSED from this action without prejudice. The Clerk of Court is directed to terminate Defendant ThinkEquity LLC from this action.

    SO ORDERED.

Dated: October 14, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge