**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Sabby Volatility Warrant Master Fund Ltd., et al.,

                      Plaintiffs,

      -against-                                      22 **CIVIL** 1927 (SDA)

                                                      **<u>JUDGMENT</u>**

Kiromic Biopharma, Inc., et al.,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 2, 2022, the Court finds that the statutory prerequisites for a Section 3(a)(10) exemption are satisfied and the Consent Motion is hereby GRANTED. Final judgment is entered dismissing the First Amended Complaint. This Court shall retain jurisdiction, pursuant to 28 U.S.C. § 636(c), to resolve any issues relating to the Order; accordingly, the case is closed.

**Dated:** New York, New York

      November 2, 2022

                                                           **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                         **BY:**                      *K. Mango*

                                                                 **Deputy Clerk**